# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **SARAH AHMED HASSAN**<br><br>Plaintiff,<br><br>vs.<br><br>**EQUIFAX INFORMATION SERVICES LLC**<br><br>Defendant. | |

## COMPLAINT
## [JURY TRIAL DEMANDED]

## PRELIMINARY STATEMENT

1. This is an action for damages brought by an individual consumer, Sarah Ahmed Hassan against Defendant Equifax Information Services LLC, for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681, *et seq*.

## JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1681p and § 1692k(d) and 28 U.S.C. § 1331.

3. Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b).

## PARTIES

4. Plaintiff Sarah Ahmed Hassan is an adult individual residing in Springfield, MO.

5. Defendant Equifax Information Services LLC, ("Equifax") is a consumer reporting agency that regularly conducts business in the Northern District of Georgia, and which has a principal place of business located at 1550 Peachtree St NW, Atlanta, GA 30309.

## FACTUAL ALLEGATIONS

6. Defendant has been reporting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's credit history to third parties ("inaccurate information") from at least April 2021 through present.

7. The inaccurate information includes, but is not limited to accounts with Bank of America, Comenity Capital / Sephora, Comenity Bank / Victoria Secret, Comenity Bank / Stage, Discover Student Loans, Kohls/ Capital One, Open Sky Capital Bank, N.A., Renttrack, SYNCB/ AMAZON PLCC, SYNCB/ Care Credit, SYNCB/ Gap, SYNCB/ JC Penneys, SYNCB / Old Navy, SYNCB/ TJX, Truman State University, United Consumer Financial Services, US Bank, US Dept of Education, inquiries from JPMCB CARD SERVICE EIS/ML, CITIBANK NA., BEST B EIS/TDML, US DEPARTMENT OF EDU, COMENITYCAPITAL/SEPH EIS/TDML,  as well as personal identifying information.

8. The inaccurate information negatively reflects upon the Plaintiff, Plaintiff's credit repayment history, Plaintiff's financial responsibility as a debtor and Plaintiff's creditworthiness. The inaccurate information consists of accounts and/or tradelines that do not belong to the Plaintiff, and that actually belong to another consumer. Due to Defendant's faulty procedures, Defendant mixed the credit file of Plaintiff and that of another consumer, with respect to the inaccurate information and other personal identifying information.

9. Defendant has been reporting the inaccurate information through the issuance of false and inaccurate credit information and consumer credit reports that it has disseminated to various persons and credit grantors, both known and unknown. Defendant has repeatedly published and disseminated consumer reports to such third parties from at least April 2021 through the present.

10. Plaintiff has disputed the inaccurate information with Equifax by following Equifax's established procedures for disputing consumer credit information.

11. Plaintiff has disputed the inaccurate information with Equifax from April 2021 through the present.

12. Notwithstanding Plaintiff's efforts, Equifax has sent Plaintiff correspondence indicating its intent to continue publishing the inaccurate information and Equifax continues to publish and disseminate such inaccurate

information to other third parties, persons, entities and credit grantors. Equifax has repeatedly published and disseminated consumer reports to such third parties from at least April 2021 through the present.

13. Despite Plaintiff's efforts, Equifax has never: (1) contacted Plaintiff to follow up on, verify and/or elicit more specific information about Plaintiff's disputes; (2) contacted any third parties that would have relevant information concerning Plaintiff's disputes; (3) forwarded all relevant information concerning Plaintiff's disputes to the entities originally furnishing the inaccurate information; and (4) requested or obtained any credit applications, or other relevant documents.

14. Despite Plaintiff's exhaustive efforts to date, Defendant has nonetheless deliberately, willfully, intentionally, recklessly and negligently repeatedly failed to perform reasonable reinvestigations and/or investigations of the above disputes as required by the FCRA, has failed to remove the inaccurate information, and has continued to report the derogatory inaccurate information about the Plaintiff.

15. As of result of Defendant's conduct, Plaintiff has suffered actual damages in the form of lost credit opportunities, harm to credit reputation and credit score, and emotional distress, including anxiety, frustration, embarrassment, and humiliation.

16. At all times pertinent hereto, Defendant was acting by and through their agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendant herein.

17. At all times pertinent hereto, the conduct of the Defendant, as well as that of its agents, servants and/or employees, was intentional, willful, reckless, and in grossly negligent disregard for federal laws and the rights of the Plaintiff herein.

## COUNT ONE – VIOLATIONS OF THE FCRA
### (Plaintiff v. Equifax)

18. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

19. At all times pertinent hereto, Equifax was a "person" and a "consumer reporting agency" as those terms are defined by 15 U.S.C. §§ 1681a(b) and (f).

20. At all times pertinent hereto, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

21. At all times pertinent hereto, the above-mentioned credit reports were "consumer reports" as that term is defined by 15 U.S.C. § 1681a(d).

22. Pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o, Defendant is liable to the Plaintiff for willfully and negligently failing to employ and follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit report, information, and file, in violation of 15 U.S.C. §§ 1681e(b) and 1681i.

23. The conduct of Defendant was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff that are outlined more fully above and, as a result, Defendant is each liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorney's fees and the costs of litigation, as well as such further relief, as may be permitted by law.

## JURY TRIAL DEMANDED

24. Plaintiff demands trial by jury on all issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

(a) Actual damages;

(b) Statutory damages;

(c) Punitive damages;

(d) Costs and reasonable attorney's fees; and

(e) Such other and further relief as may be necessary, just and proper.

Date: October 13, 2022

Respectfully submitted,

*/s/ Jeffrey B. Sand*
Jeffrey Sand, Esquire
Weiner & Sand LLC
800 Battery Ave., Suite 100
Atlanta, GA 30339
T: 404-205-5029
F: 866-800-1482
E: js@wsjustice.com

Joseph L. Gentilcore, Esq.*
Francis Mailman Soumilas, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: 215-735-8600
F: 215-940-8000
E: jgentilcore@consumerlawfirm.com
**Application for Admission*
*Pro Hac Vice Forthcoming*