IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SARAH AHMED HASSAN, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | 1:22-CV-04099-CAP-LTW |
| v. ) | |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC ) | NOTICE OF SETTLEMENT |
| ) | |
| Defendant. ) | |

COMES NOW, Plaintiff, by and through their undersigned counsel, respectfully notify the Court that the parties have settled their dispute in principle. Plaintiff's settlement with Defendant resolves Plaintiff's claims against Defendant. Once the settlement documents are finalized, the Parties intend to file a Stipulation of Dismissal.

Date: May 12, 2023      Respectfully submitted,

**FRANCIS MAILMAN SOUMILAS, P.C.**

*/s/ Joseph L. Gentilcore*
JOSEPH L. GENTILCORE
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: 215-735-8600
jgentilcore@consumerlawfirm.com