# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SARAH AHMED HASSAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EQUIFAX INFORMATION ) <br> SERVICES, LLC, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. <br> 1:22-cv-04099-CAP-LTW <br> <br> STIPULATION OF DISMISSAL <br> WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between Plaintiff Sarah Ahmed Hassan and Defendant Equifax Information Services LLC., through their undersigned counsel, that Plaintiff's claims asserted against Defendant in the above-captioned action are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs incurred herein.

Respectfully submitted,

| | |
|---|---|
| */s/ Joseph L. Gentilcore* | */s/ Eric Barton* |
| Joseph L. Gentilcore | Eric Barton |
| *Admitted Pro Hac Vice* | SEYFARTH SHAW LLP |
| FRANCIS MAILMAN SOUMILAS, P.C. | 1075 Peachtree St., N.E., Suite 2500 |
| 1600 Market St., Suite 2510 | Atlanta, GA 30309 |
| Philadelphia, PA 19103 | T: (404) 885-6772 |
| T: (215) 735-8600 | ebarton@seyfarth.com |
| jgentilcore@consumerlawfirm.com | ***Attorneys for Equifax Information*** |
| ***Attorneys for Plaintiff*** | ***Services LLC*** |

Dated:  July 24, 2023